# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JON C. JAMES, | Case No. C10-5025RBL |
| Plaintiff, | ORDER |
| v. | |
| GOV CHRISTINE GREGOIRE, ROB MCKENNA, | |
| Defendants. | |

THIS MATTER is before the Court upon Plaintiff's request to proceed *In Forma Pauperis* and proposed Complaint.

This Court has discretion to grant or deny *In Forma Pauperis* applications and may *sua sponte* dismiss an *In Forma Pauperis* action before service of process. *See Franklin v. Murphy*, 745 F.2d 1221, 1226 (9th Cir. 1984). Although Plaintiff's proposed Complaint claims that this Court has jurisdiction based on a federal question and cites to the First and Fourteenth Amendments and to 42 U.S.C. §1983, the only potential cause of action contained in the body of the Complaint is a claim for defamation under state law against one of the named Defendants, Assistant Attorney General Jarold P. Cartwright.

Under 42 U.S.C. §1983 a plaintiff may bring a cause of action for violations of the First and Fourteenth Amendments. He must show that a person acting under color of state law

ORDER - 1

deprived him of his constitutional rights. Plaintiff's proposed Complaint may contain a state law claim for defamation, however, defamation in the context of his proposed Complaint does not rise to a constitutional violation. Therefore, this Court is without subject matter jurisdiction and Plaintiff's Complaint is **DISMISSED**. *See* 28 U.S.C. §1915(e)(2)(B).

IT IS SO ORDERED.

The clerk shall send an uncertified copy of this Order to Plaintiff, all counsel of record and to any party appearing pro se.

DATED this 22nd day of January, 2010.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2